# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

162491(61)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DANGELO FLEMISTER,
      Defendant-Appellant.

_____/

SC: 162491
COA: 349100
Wayne CC: 18-000442-FC

      On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his reply is GRANTED. The reply submitted on March 10, 2021, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2021



Clerk